United States v. Vincent F. Artuso, et al.
Case No. 08-60014-Cr-Middlebrooks(s)
and
Appeal Nos. 08-17263-HH and 09-16093-HH

REC'D by _____ D.C.
JUL 19 2011
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.

7/19/11

## Exhibits For Delivery to the Eleventh Circuit

**Gov. Ex.1.136** – ADT-LH 1144 to 1147 – Letter dated 8/9/01 from Donald Spadaro to Marjorie Desporte re offers by Efficient Realty & Development Corp., to purchase Pompano Beach property and Lancaster property, with handwritten notations.

**Gov. Ex. 1.137** – ADT-LH 1213 – List dated 2/1/02 and signed by Larry Horton re Pompano Beach, Palm Harbor and Lancaster properties with sale price, market value, asset value, and dates set for closing.

**Gov. Ex. 3.105** – G1045 to 1050 – Handwritten notes of Martin Genauer concerning structure and ownership of companies.

**Gov. Ex. 28.8** – WLH-0078 to 0079 – E-mails dated 2/1/02 re notification by Scott MacArthur to Mark Foley re sales of Pompano Beach, Palm Harbor, and Lancaster properties.

**Gov. Ex.28.13** – WLH-0098 to 0099 – E-mails (4/30/02, 5/1/02, 5/2/02) among Larry Horton, Randy Joseph, and Peter Economos re offers on OakBrook property.

**Gov. Ex. 28.15** – WLH-0101 to 102 – E-mails (6) dated 5/13/02 to 5/14/02 among Larry Horton, Randy Joseph, and Peter Economos re offers and acceptance on OakBrook property.

**Gov. Ex. 30.10** – FL-092 to 099 – State of Florida certified copy of Articles of Organization (3/18/02) and other filings of KCGF Associates, LLC.

**Gov. Ex. 43.10** – Photo taken at Lewis Kasman's wedding reception in 1987 depicting on front row from right to left – Lewis Kasman, John Gotti (boss), John "Jackie Nose" D'Amico (Street Boss), Joseph "Joe Joe" Corozzo (consigliere), and Stephanie Coiro (Michael Coiro's wife); and on the back row from right to left – Danny Fatico (soldier), Margie Fatico (wife), Albert and Sandy Kula (parents of Eileen Kasman), Eileen Kasman (Lewis's wife), and Michael Coiro (attorney).

**Gov. Ex. 46.1A** – Composite audio recording from Gov. Ex. 46.1 (Audio recording taken from CD No. 85 – 10/11/05, 3:20 to 57:50 (Lewis Kasman and Joseph "Joe Joe" Corozzo)).

**Gov. Ex. 46.1B** – Transcript of Gov. Ex. 46.1A (composite audio recording).

**Gov. Ex. 46.2A** – Composite audio recording from Gov. Ex. 46.2 (Audio recording taken from CD No. 73 – 3/10/06, 56:33 to 1:01:23, and 1:18:42 to 1:19:40, and 1:39:32 to 1:46:17; and CD No. 74 – 3/10/06, 56:34 to 1:00:12 (Lewis Kasman and Peter Gotti)).

**Gov. Ex. 46.2B** – Transcript of Gov. Ex. 46.2A (composite audio recording).

**Gov. Ex. 46.3A** – Composite audio recording from Gov. Ex. 46.3 (Audio recording taken from CD No. 25 – 4/2/06, 003: 45:23 to End; 004: Beginning to End (Lewis Kasman and Danny Marino)).

**Gov. Ex. 46.3B** – Transcript of Gov. Ex. 46.3A (composite audio recording).

**Gov. Ex. 46.4A** – Composite audio recording from Gov. Ex. 46.4 (Audio recording taken from CD No. 46 – 7/27/06, 1:18:20 to 1:22:30 and 1:36:40 to 1:38:20 (Lewis Kasman, Joseph Corozzo, and John "Jackie the Nose" D'Amico)).

**Gov. Ex. 46.4B** – Transcript of Gov. Ex. 46.4A (composite audio recording).

**Gov. Ex. 47.19** – Ravenite video composite DVD, Part 1 – Vincent Artuso (4/21/88, 4/25/88, 5/17/88, 6/30/88).

**Gov. Ex. 47.20** – Ravenite video composite DVD, Part 2 – Lewis Kasman (9/12/89 & 12/20/89).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 08-60014-CR DMM
## DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☐ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
X CD's, DVD's, VHS Tapes, Cassette Tapes
X OTHER = ___Exhibits___